# Criminal Case Cover Sheet
## U.S. District Court - District of Massachusetts

**Place of Offense:** MA  
**Category No.:** _____  
**Investigating Agency:** IRS-CI

**City:** Brockton  
**County:** Plymouth

**Related Case Information:**
- Superseding Ind./ Inf.: _____  Case No.: _____
- Same Defendant: _____  New Defendant: _____
- Magistrate Judge Case Number: _____
- Search Warrant Case Number: _____
- R 20/R 40 from District of: _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name:** Lana Ruel   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 25 E Nilsson Street, Apartment 706, Brockton, Massachusetts 02301

**Birth date (Yr only):** 1955  **SSN (last 4#):** 0213  **Sex:** F  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Benjamin A. Saltzman   **Bar Number if applicable:** 683169

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** 25 E Nilsson Street, Apartment 706, Brockton, Massachusetts 02301

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment  
**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/10/2025   **Signature of AUSA:** /s/ Benjamin A. Saltzman

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Lana Ruel

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | Theft of government funds | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013